In the Matter of the CITY OF NEW YORK, Relative to Acquiring Title to Real Property Required for Widening Chrystie and Other Streets in the Borough of Manhattan.

NATHAN HIMOWICH, Appellant; JOSEPH D. MCGOLDRICK, as Comptroller of the City of New York, et al., Respondents.

(Argued October 3, 1935; decided October 22, 1935.)

*S. G. Nissenson* for appellant.

*Paul Windels, Corporation Counsel (Paxton Blair, Anson Getman* and *Joseph F. Mulqueen, Jr.,* of counsel), for respondents.

Order affirmed, with costs; no opinion.

Concur: CRANE, Ch. J., LEHMAN, O'BRIEN, HUBBS, CROUCH, LOUGHRAN and FINCH, JJ.